| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BROWN, JR., GARRETT E. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>CHIEF JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>CLARKSON S. FISHER COURTHOUSE<br>402 E. STATE STREET<br>TRENTON, NEW JERSEY 08609 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADJUNCT PROFESSOR | SETON HALL UNIVERSITY SCHOOL OF LAW |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2011 MAY 17 A 9: 49 FINANCIAL DISCLOSURE OFFICE

Brown, JR., Garrett E.

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | SETON HALL UNIVERSITY SCHOOL OF LAW | $26,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. INTELLECTUAL PROPERTY LAW ASSOCIATION | 3/26-27, 2010 | N.Y., N.Y. | MEETING | TRAVEL, FOOD AND LODGING |
| 2. | DUKE UNIVERSITY SCHOOL OF LAW | 4/11-13, 2010 | DURHAM, N.C. | MOOT COURT | TRAVEL, FOOD AND LODGING |
| 3. | AMERICAN CONFERENCE INSTITUTE | 4/26-28, 2010 | N.Y., N.Y. | PRESENTER/PANELIST | TRAVEL, FOOD AND LODGING |
| 4. | N.J. STATE BAR ASSOCIATION | 5/19-5/21, 2010 | ATLANTIC CITY, N.J. | PRESENTER/PANELIST | TRAVEL, FOOD AND LODGING |
| 5. | ALI-ABA | 10/6-8, 2010 | N.Y., N.Y. | PRESENTER/PANELIST | TRAVEL, FOOD AND LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E. | 05/13/2011 |

| 6. | SETON HALL SCHOOL OF LAW | 12/18-31, 2010 | DARES SALAAM AND ZANZIBAR, TANZANIA | PRESENTER/PANELIST | TRAVEL, FOOD AND LODGING |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank Acct., PNC Bank, Moorestown, N.J. | A | Int./Div. | J | T | | | | | |
| 2. MSDW U.S. Govt. Secur. (IRA) | A | Dividend | | | Sold | 07/02/10 | K | A | |
| 3. Prudential Insurance - Whole Life Policy | | None | K | T | | | | | |
| 4. Wells Fargo Bank NA (formerly AGE Bank Deposit Program | A | Interest | J | T | | | | | |
| 5. First Trust Unit 1470 | A | Dividend | K | T | Redeemed | 02/03/10 | K | C | |
| 6. IVY Fund GBL Nat. Res. | A | Dividend | | | Sold | 10/04/10 | K | D | |
| 7. Bank Acct. TD Bank (formerly Commerce Bank) Cherry Hill, NJ | A | Interest | J | T | | | | | |
| 8. First Trust Diversified Inc. & Growth | A | Dividend | K | T | Buy | 06/29/10 | K | | |
| 9. First Trust High Income | A | Dividend | K | T | Buy | 09/28/10 | K | | |
| 10. Wells Fargo Moderate Balance Fund | A | Dividend | K | T | Buy | 10/11/10 | K | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E. | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F̲            ̲IL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544